| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mid Atlantic PPS Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2531461** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3000 Bethesda Place, Suite 403**<br>**Winston Salem, NC 27103**<br>Number, Street, City, State & ZIP Code<br><br>**Forsyth**<br>County | **Mailing address, if different from principal place of business**<br><br>**c/o William H. Joyce, III**<br>**5152 Burke Meadows Dr.**<br>**Winston-Salem, NC  27103**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Mid Atlantic PPS Group, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Mid Atlantic PPS Group, LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list
- Debtor _____  Relationship _____
- District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   **Mid Atlantic PPS Group, LLC**                                         Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Mid Atlantic PPS Group, LLC**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 19, 2024**
MM / DD / YYYY

X **/s/ William H. Joyce, III**     **William H. Joyce, III**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Erik M. Harvey**     Date **January 19, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**Erik M. Harvey 37663**
Printed name

**Bennett Guthrie PLLC**
Firm name

**1560 Westbrook Plaza Dr**
**Winston Salem, NC 27103**
Number, Street, City, State & ZIP Code

Contact phone **336-765-3121**   Email address

**37663 NC**
Bar number and State

Mid Atlantic PPS Group, LLC -

.

ADP
C/O THE LEVITON LAW FIRM LTD.
ONE PIERCE PLACE, SUITE 725W
ITASCA, IL 60143


AFLAC
WORLDDWIDE HEADQUARTERS
COLUMBUS, GA 31999


ALLEGACY FEDERAL CREDIT UNION
P.O. BOX 26043
WINSTON SALEM, NC 27114-6043


ALLEGACY FEDERAL CREDIT UNION
1691 WESTBROOK PLAZA DR.
WINSTON SALEM, NC 27103


ALLEN DORONE
11100 RIVERSIDE DR.
NORTH HOLLYWOOD, CA 91602


ALLIED WORLD SURPLUS LINES INS. CO.
1690 NEW BRITAIN AVE.,, SUITE 101
FARMINGTON, CT 06032


ANTHONY EUGENE DOUBS
134 TERRACE DR.
LEXINGTON, NC 27295


BRAD HEATH
3875 ROCKY FACE CHURCH RD.
HIDDENITE, NC 28636


BRADLEY MAX JEFFORDS
8518 LASATER RD.
CLEMMONS, NC 27012


CHARLES NORMAN ROTHROCK
4248 WALLBURG RD.
WINSTON SALEM, NC 27107


CLARENCE VEVDUN, JR.
414 GOVERNORS
WILMINGTON, NC 28411

Mid Atlantic PPS Group, LLC -

CONSEPSHON RUNETTE WILSON
5506 BRIDGEWAY DR.
GREENSBORO, NC 27406


CREDIT BUREAU
PO BOX 26140
GREENSBORO, NC 27402


CRISIS PREVENTION INSTITUTE
10850 W. PARK PLACE, SUITE 250
MILWAUKEE, WI 53224


CRYSTAL LYNN BROOKS
5770 HICKORY KNOLL DR.
WINSTON SALEM, NC 27106


DANIEL ISENHOUR
1246 TRINITY PLACE
GRANITE FALLS, NC 28630


DANIEL TROY ALLEN
3415 CEDAR CREST LANE #202
WINSTON SALEM, NC 27103


DARRYL JACKSON
210 WOODLEA HOLLOW LANE
GREENSBORO, NC 27406


DEDRICK CORLEY
3875 THORNABY CIRCLE
WINSTON SALEM, NC 27107


DERALD DONNELL BONEY
207 N. 15TH ST.
WILMINGTON, NC 28401


DONALD CHARLES NICHOLS
2110 POLO RD.
WINSTON SALEM, NC 27106


DUKE ENERGY
P.O. BOX 1094
CHARLOTTE, NC 28201-1094

Mid Atlantic PPS Group, LLC -

EMPLOYMENT SECURITY COMMISSION
PO BOX 26504
RALEIGH, NC 27611

ENCOVA INSURANCE
400 QUARRIER ST.
CHARLESTON, WV 25301

FIRST INSURANCE FUNDING
450 SKOKIE BLVD.
SUITE 1000
NORTHBROOK, IL 60062-7917

FLEETCOR FUNDING
5445 TRIANGLE PARKWAY
SUITE 400
NORCROSS, GA 30092

FORSYTH COUNTY TAX COLLECTOR
P.O. BOX 082
WINSTON SALEM, NC 27102

GISELLE URIBE
4964 OAK GARDEN DR.
KERNERSVILLE, NC 27284

GRANT ELLERY JOHNSON
121 PINE VALLEY DR.
YADKINVILLE, NC 27055

HATCHER AND MILLER
2150 COUNTRY CLUB RD.
WINSTON SALEM, NC 27104

HERSON ESAU GARCIA
106 GRANADA COURT
WINSTON SALEM, NC 27105

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Mid Atlantic PPS Group, LLC -

JACOB MCCLAIN COBB
141 MILNOR PLACE
WINSTON SALEM, NC 27104


JEREMIAH TYRIK SMITH
3702 MILL HAVEN RD
WINSTON SALEM, NC 27106


JERRY KILPATRICK
312 N. CAROLINA AVE.
WILMINGTON, NC 28401


KELLY OFFICE SOLUTIONS
163 S. STRATFORD RD.
WINSTON SALEM, NC 27103


KEVIN BRADLY SCHENCK
160 WILD WOOD PLACE
CLEMMONS, NC 27012


KOS FINANCIAL SERVICES
PO. BOX 5066
HARTFORD, CT 06102-5066


LAMECIA JONES
3470 TRIANGLE DR. APT. 224
WINSTON SALEM, NC 27106


LESTER BURNS
5870 DIPPEN RD.
WINSTON SALEM, NC 27105


LIBERTY MUTAL INSURANCE GROUP
175 BERKELEY ST.
BOSTON, MA 02116


MARIO CROCKETT
1546 PLEASANT ST.
WINSTON SALEM, NC 27107


MARIO TREMAINE CROCHETT
1546 PLEASANT ST.
WINSTON SALEM, NC 27107

```
NORTH CAROLINA DEPARTMENT OF COMMERCE
ATTN:  STEPHANIE DOWD
P.O. BOX 26504
RALEIGH, NC 27611-6504


NORTH CAROLINA DEPARTMENT OF REVENUE
ATTN:  BANKRUPTCY DEPT.
P.O. BOX 1168
RALEIGH, NC


NYHANDRA ROSE
295 NITA DR.
APT. 301
WINSTON SALEM, NC 27105


PAYCHEX
P.O. BOX 911931
DALLAS, TX 75391-1931


PIEDMONT NATURAL GAS
ATTN: CBO BANKRUPTCY
4339 SOUTH TRYON ST.
CHARLOTTE, NC 28217-1733


PIEDMONT PROTECTIVE SERVICES, LLC
3746 CLEMMONS RD.
CLEMMONS, NC 27012-8499


PIERRE CARDIN THOMPSON
2024 SWAIM RD. APT. E
WINSTON SALEM, NC 27127


PINNACLE
150 3RD AVE. SOUTH
SUITE 900
NASHVILLE, TN 37201


PROGRESSIVE INSURANCE
P.O. BOX 7247-0112
PHILADELPHIA, PA 19170-0112


QUENTIN STEELE
1404 WILLIAMSON ST.
WINSTON SALEM, NC 27107
```

Mid Atlantic PPS Group, LLC -

RANDY SAWYER
3772 CHESHIRE PLACE CT.
WINSTON SALEM, NC 27106

RHYAN STACY MARKLAND
132 MYERS FARM TRAIL
ADVANCE, NC 27006

RICHARD T. AVIS
P.O. BOX 31579
CHICAGO, IL 60631

RICHIE LAMONT BURNS
908 FAIRPLAINS RD.
NORTH WILKESBORO, NC 28659

ROBERT TIEF
244 DORSE RIDGE RD.
LEWISVILLE, NC 27023

RONALD JOSEPH WRIGHT
378 EATON RD.
MOCKSVILLE, NC 27028

ROY WOLF
655 GILES RD.
LEXINGTON, NC 27295

SEQUIUM ASSET SOLUTIONS, LLC
`1130 NORTHCHASE PARKWAY
SUITE 150
MARIETTA, GA 30067

SMALL BUSINESS ADMINISTRATION
409 3RD ST, SW
WASHINGTON, DC 20416

SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH ST, STE. 320
BIRMINGHAM, AL 35203

SPECTRUM/ TIME WARNER CABLE
P.O. BOX 6030
CAROL STREAM, IL 60197-6030

Mid Atlantic PPS Group, LLC -

THOMAS HEATH YOUNTS
200 OLD WAGON RD.
LEXINGTON, NC 27295

VERIZON
BANKRUPTCY DEPT.
P.O. BOX 3397
BLOOMINGTON, IL 61702

WALTREP WALL BABCOK & BAILEY, PLLC
370 KNOLLWOOD ST. SUITE 600
WINSTON SALEM, NC 27103

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Mid Atlantic PPS Group, LLC**                                    Case No.
                                   Debtor(s)                              Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Mid Atlantic PPS Group, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**William H. Joyce, III**

☐ None [*Check if applicable*]


**January 19, 2024**                              **/s/ Erik M. Harvey**
Date                                              **Erik M. Harvey 37663**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Mid Atlantic PPS Group, LLC**
                                                  **Bennett Guthrie PLLC**
                                                  **1560 Westbrook Plaza Dr**
                                                  **Winston Salem, NC 27103**
                                                  **336-765-3121 Fax:336-765-8622**